STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: 805-458-6312
Slcrawfordlaw@gmail.com

Attorney for Defendant
       ANDREW SATARIANO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANDREW SATARIANO,<br><br>         Defendant. | Case No.  1:21CR00295 JLT<br><br>STIPULATION AND PROPOSED TO CONTINUE SENTENCING HEARING<br><br>Judge: Honorable Jennifer L. Thurston |

TO: THE HONORABLE JENNIFER L. THURSTON, District Court Judge, Eastern District of California.

   IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the sentencing hearing in the above entitled case be changed from March 4, 2024 to April 29, 2024 at 10 am or as soon thereafter as the court is able.

   This stipulation is needed based on the fact that defense counsel and the government have run across several sentencing issues that we need to address prior to the sentencing hearing moving forward. In addition, Defense counsel and the AUSA need additional time to discuss and find resolutions to these issues.

These issues are important and may have a significant impact on the defendant's sentence.

The proposed new dates are as follows:

| | |
|---|---|
| Judgment and Sentencing: | April 29, 2024 |
| Reply or Statement of Non-Opposition: | April 22, 2024 |
| Formal Objections Due: | April 15, 2024 |
| Final PSR filed with Court: | April 8, 2024 |
| Informal Objections Due: | April 1, 2024 |

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, ANDREW SATARIANO, hereby waives time for sentencing up to and including the new date of April 29, 2024.

Respectfully submitted,
February 5, 2024

          /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for Gabriel Gomez

          /s/ Kimberly A. Sanchez
Kimberly A. Sanchez, Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 5, 2024

          *Jennifer I. Thurston*
HONORABLE JENNIFER J. THURSTON
UNITED STATES DISTRICT JUDGE