Steven L. Crawford #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: (805) 458-6312
slcrawfordlaw@gmail.com

Attorneys for Defendant
                Andrew Satariano

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br>ANDREW SATARIANO,<br><br>            Defendant. | Case No.  1:21CR00295 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF STEVEN L. CRAWFORD AS ATTORNEY OF RECORD AND PROPOSED ORDER** |

ON 12/9/21 Defendant ANDREW SATARIANO was indicted on federal charges. CJA Panel Attorney Steven L. Crawford was appointed as trial counsel to represent Mr. SATARIANO on 12/14/21, in his criminal case. Mr. Satariano was sentenced on 4/29/24. The time for filing a direct appeal was 5/13/24. No direct appeal was filed. Mr. Satariano was in custody at the time of sentencing. The trial phase of Mr. Satariano's criminal case has, therefore, come to an end. Having completed his representation of Mr. Satariano, CJA Attorney Steven L. Crawford

now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Satariano require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Mr. Satariano's current contact info is as follows:

Andrew Satariano

76570509

254 Taylor Ave.

McFarland, CA 93250

Respectfully submitted,

Dated: June 5, 2024                /Steven L. Crawford/
                                   Steven L. Crawford, Attorney for
                                   Andrew Satariano

**PROPOSED ORDER**

Having reviewed the notice and found that Attorney Steven L. Crawford has completed the services for which he was appointed, the Court hereby grants Attorney Steven L. Crawford's request for leave to withdraw as defense counsel in this matter. Should the Defendant seek further legal assistance, he is advised to contact the Office of the Federal Defender. If appropriate, the officer will arrange for the reappointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on the Defendant Andrew Satariano at the Bureau of Prisons and to update the docket to reflect Defendant's pro se status and contact information.

**IT IS SO ORDERED**

Dated: June 7, 2024

Jennifer L. Thurston,

UNITED STATES DISTRICT COURT JUDGE